PER CURIAM.
Affirmed. See Lee v. State, 679 So.2d 1158 (Fla.1996); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Scott v. State, 16 So.3d 140 (Fla. 2d DCA 2009) (table decision); O’Neill v. State, 6 So.3d 630 (Fla. 2d DCA 2009); Reed v. State, 761 So.2d 1241 (Fla. 2d DCA 2000); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002); Edwards v. State, 830 So.2d 141 (Fla. 5th DCA 2002).
NORTHCUTT, WALLACE, and CRENSHAW, JJ., Concur.